IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-cr-00317-BO-3

UNITED STATES OF AMERICA :
:
v. :
:
JEREL RAKEEM HILLIARD :

FILED IN OPEN COURT
ON 9/7/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**ORDER OF FORFEITURE**

Defendant Jerel Rakeem Hilliard pled guilty to Count One of the Indictment, which charged a violation of the Controlled Substance Act, specifically 21, United States Code, Section 846 (conspiracy to distribute and possess with intent to distribute heroin). In his Plea Agreement, the Defendant agreed to the forfeiture of the proceeds from the offense, proceeds which were in fact $3,710.00 and personally obtained by the defendant from the offense.

Having considered the plea agreement, the record as a whole, and the applicable law, the Court issues the following orders:

1. It is ORDERED that $3,710.00, which constitutes or is derived from proceeds traceable to Defendant's violation of Title 21, United States Code, Section 846, is forfeited to the United States.

2. It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may

move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part, provided the United States makes the showing required by 21 U.S.C. Section 853(p).

3. It is further ORDERED that any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This 7 day of September, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge